# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00329-CR

**Yoham Bueno Delgado, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-DC-21-202218, THE HONORABLE BRANDY MUELLER, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We abated this appeal on February 25, 2026, for the trial court's determination of whether appellant desired to prosecute this appeal and whether counsel had abandoned this appeal, and we ordered preparation of supplemental records with the trial court's findings, recommendations, and orders to be forwarded to this Court by March 27, 2026. *See* Tex. R. App. P. 38.8(b)(2), (3). On March 26, 2026, a supplemental record was filed and the appeal was reinstated. The trial court has since notified this Court that the supplemental record is incomplete and has requested an extension until April 3, 2026, to make the remaining findings and any necessary orders.

The appeal is abated, and this cause is remanded to the trial court for entry of the remaining findings and any necessary orders. The trial court shall order the appropriate

supplemental clerk's and reporter's records, including all findings and orders, to be prepared and forwarded to this Court by April 3, 2026. *See id.* R. 38.8(b)(3).

It is ordered March 30, 2026.


Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:   March 30, 2026

Do Not Publish